PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz (CA Bar No.143717) (*admitted pro hac vice*)
Ira D. Kharasch (CA Bar No. 109084) (*admitted pro hac vice*)
John A. Morris (NY Bar No. 2405397) (*admitted pro hac vice*)
Gregory V. Demo (NY Bar No. 5371992) (*admitted pro hac vice*)
Hayley R. Winograd (NY Bar No. 5612569) (*admitted pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760

HAYWARD PLLC
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | § § | Case No. 19-34054-sgj11 |
| Debtor. | § § § | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., | § § | |
| Plaintiff, | § § | Adversary Proceeding No. No. 20-3190-sgj11 |
| vs. | § § § | |
| JAMES DONDERO, | § § § | |
| Defendant. | § | |

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

| | |
|---|---|
| JAMES DONDERO,<br>         Appellant,<br><br>v.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P.,<br>         Appellee. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No.<br><br>3:21-cv-00132-E |

### DEBTOR'S OPPOSITION TO JAMES DONDERO'S MOTION FOR LEAVE TO APPEAL PRELIMINARY INJUNCTION

TO:   THE HONORABLE ADA BROWN, UNITED STATES DISTRICT JUDGE:

Plaintiff Highland Capital Management, L.P., the above-captioned debtor and debtor-in-possession (the "Debtor" or "Appellee") and the plaintiff in the above-captioned adversary proceeding (the "Adversary Proceeding"), hereby submits this opposition (the "Opposition") to *Appellant James Dondero's Motion for Leave to Appeal* [Docket No. 2][2] (the "Motion") and *Appellant James Dondero's Emergency Motion for Expedited Appeal* [Docket No. 3] (the "Motion to Expedite") (together, the "Motions"), filed by James Dondero ("Appellant"), in connection with the Bankruptcy Court's *Order Granting Debtor's Motion for a Preliminary Injunction against James Dondero* [Adv. Pro. Docket No. 59][3] (the "Preliminary Injunction"). Appellee fully incorporates by reference its contemporaneously filed *Brief in Opposition to Dondero's Motion for Leave to Appeal Preliminary Injunction* (the "Brief") and would show unto the Court as follows:

### I. Relief Requested

1.   By this Opposition, and based on the facts and arguments set forth more fully in Appellee's Brief, Appellee respectfully requests that the Court enter an Order denying Appellant's

---

[2] Refers to the civil action docket maintained by the United States District Court for the Northern District of Dallas (the "District Court").

[3] Refers to the Adversary Proceeding docket maintained in the Highland Bankruptcy Case.

DOCS_NY:42115.1 36027/002

Motions seeking leave to appeal the Preliminary Injunction and for an expedited appeal.

WHEREFORE, PREMISES CONSIDERED, Appellee respectfully requests that the Court enter an order (i) denying Appellant's Motions in their entirety, and (ii) granting Appellee such other and further relief as is just and equitable.

Dated:  January 27, 2021.

**PACHULSKI STANG ZIEHL & JONES LLP**
Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
John A. Morris (NY Bar No. 266326)
Gregory V. Demo (NY Bar No. 5371992)
Hayley R. Winograd (NY Bar No. 5612569)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Facsimile: (310) 201-0760
Email:  jpomerantz@pszjlaw.com
ikharasch@pszjlaw.com
jmorris@pszjlaw.com
gdemo@pszjlaw.com
hwinograd@pszjlaw.com

-and-

**HAYWARD PLLC**

*/s/ Zachery Z. Annable*
Melissa S. Hayward
Texas Bar No. 24044908
MHayward@HaywardFirm.com
Zachery Z. Annable
Texas Bar No. 24053075
ZAnnable@HaywardFirm.com
10501 N. Central Expy, Ste. 106
Dallas, Texas 75231
Tel: (972) 755-7100
Fax: (972) 755-7110

*Counsel for Highland Capital Management, L.P.*