# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 18, 2021

Lyle W. Cayce
Clerk

_____

No. 21-10219

_____

IN RE: JAMES DONDERO,

*Petitioner.*

_____

Petition for a Writ of Mandamus
to the United States District Court
for the Northern District of Texas
USDC No. 3:21-CV-132

_____

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the case is dismissed as of May 18, 2021, pursuant to petitioner's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Laney L. Lampard, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued May 18, 2021**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 18, 2021

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

        No. 21-10219   In re: James Dondero
                       USDC No. 3:21-CV-132

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Laney L. Lampard, Deputy Clerk
                        504-310-7652

cc w/encl:
    Mr. Zachery Z. Annable
    Mr. Bryan Christopher Assink
    Ms. Melissa Sue Hayward
    Mr. Matthew David Stayton